IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDMILL HEALTH PRODUCTS, LLC, | No. C-15-0574 MMC |
| Plaintiff, | **ORDER RE: CHAMBERS COPIES** |
| v. | |
| SENSA PRODUCTS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC, | |
| Defendant. | |

On April 13, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit in single-sided format all chambers copies of documents filed in the future. See Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: April 21, 2015

MAXINE M. CHESNEY
United States District Judge