Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Windmill Health Products, Inc.<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Sensa Products, LLC<br><br>　　　　　　　Defendant(s). | Case No: C-15-0574MMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Donald A. Ottaunick**, an active member in good standing of the bar of **New Jersey**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Windmill Health Products, Inc.** in the above-entitled action. My local co-counsel in this case is **Kalama M. Lui-Kwan**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (201) 525-6229 | (415) 398-3344 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dottaunick@coleschotz.com | kml@severson.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **029581983**.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  04/24/15　　　　　　　　　　　　　　　　　　　　Donald A. Ottaunick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of **Donald A. Ottaunick** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　October 2012

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Windmill Health Products, Inc. <br><br> Plaintiff(s), <br><br> v. <br><br> Sensa Products, LLC <br><br> Defendant(s). | Case No: C-15-0574MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> **(CIVIL LOCAL RULE 11-3)** |

I, David M. Kohane, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Windmill Health Products, Inc. in the above-entitled action. My local co-counsel in this case is Kalama M. Lui-Kwan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Court Plaza North, 25 Main Street <br> Hackensack, NJ 07601 | One Embarcadero Center, Suite 2600 <br> San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (201) 525-6267 | (415) 398-3344 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dkohane@coleschotz.com | kml@severson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 032871989.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/24/15

David M. Kohane
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David M. Kohane is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2015

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                    October 2012