# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDMILL HEALTH PRODUCTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SENSA PRODUCTS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,<br><br>　　　　　Defendant. | Case No. 3:15-cv-00574-MMC<br><br>**[PROPOSED] ORDER GRANTING PERMISSION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE MAY 22, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Date:　May 22, 2015<br>Time:　10:30 a.m.<br>Ctrm.:　Courtroom 7, 19th Fl.<br><br>Action Filed:　February 5, 2015<br>Trial Date:　None Set |

# [~~PROPOSED~~] ORDER

Based on the Joint Stipulation filed by counsel, the Court rules as follows:

1. Plaintiff Windmill Health Product's counsel David M. Kohane and Donald A. Ottaunick of Cole Schotz ~~are hereby permitted to~~ shall appear telephonically at the May 22, 2015 Case Management Conference ~~via CourtCall~~; Local Counsel need not appear.

2. Defendant Sensa Products (Assignment for the Benefit of Creditors) LLC's counsel Derrick Talerico of Lobel, Neue & Till, LLP ~~is hereby permitted to~~ shall appear telephonically at the May 22, 2015 Case Management Conference ~~via CourtCall~~.

3. The Clerk of Court shall initiate the call.

DATED: May 13, 2015 , 2015  _____
HONORABLE MAXINE M. CHESNEY

12478.0001/4086061.1                                                                 3:15-cv-00574-JSC

STIPULATION RE PERMISSION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT THE MAY 22, 2015 CASE MANAGEMENT CONFERENCE