IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WINDMILL HEALTH PRODUCTS, LLC,

    Plaintiff,

  v.

SENSA PRODUCTS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,

    Defendant.

No. CV-15-0574 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Windmill's motion for summary judgment is hereby GRANTED; the Assignee's cross-motion for summary judgment is hereby DENIED; and

    2. Windmill is not obligated to return to the Assignee either the August 22, 2014, payment by Sensa in the amount of $200,000 or the September 1, 2014, payment by Sensa in the amount of $200,000.

Dated: October 27, 2015

Susan Y. Soong, Clerk

By: Tracy Lucero
Deputy Clerk